UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-1570 (GBD)(SN)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2021
```

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Faulkner v. Bin Laden et al.</u>, No. 09-cv-07055

The Court has received Hogan Lovells's motion to withdraw as counsel on the ground that its client, the Islamic Republic of Afghanistan, is longer the government of Afghanistan. Given the unusual circumstances precipitating this motion and the uncertain state of the litigation going forward, the Court will set a telephone conference to discuss Hogan Lovells's withdrawal and how this litigation should proceed.

That conference is set for Wednesday, November 10, 2021, at 4:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

DATED:    New York, New York
                November 4, 2021

SARAH NETBURN
United States Magistrate Judge